UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JONNIE JULKS<br>individually and on behalf of all others<br>similarly situated,<br>    Plaintiff,<br><br>v.<br><br>ATLANTIC FUNDING GROUP, LLC,<br>and LARRY STRAUSS<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   C. A. No. 06-CA-11704- LTS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED FORM OF] FINAL ORDER APPROVING CLASS ACTION SETTLEMENT

WHEREAS, the Court has preliminarily approved the Settlement Agreement which has been filed with the Court;

WHEREAS, the Court has certified a settlement class, appointed a class representative and counsel, approved a form of class notice, found that the form and manner of notice complied with the requirements of Rule 23 and due process, and directed that such notice be given to class members notifying them of the terms of the settlement and their right to opt out and/or object.

WHEREAS, the Court finds that no class members have objected to or opted out of the settlement.

WHEREAS, the Court has held a final hearing on approval of the settlement agreement;

NOW, THEREFORE, the Court FINDS that the Settlement Agreement is fair, reasonable, and adequate, and issues this Final Order based upon Settlement Agreement.

IT IS HEREBY ORDERED THAT:

1.  The Settlement Agreement is approved as fair, reasonable, and adequate.

2.  The parties will forthwith carry out their obligations and duties as set forth in the Settlement Agreement, file an affidavit of such compliance, and move the Court for an order closing this case.

DATED: June 27, 2008

United States Magistrate Judge
Leo Sorokin